THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER KULICK, Appellant.

Submitted September 29, 1947; decided October 9, 1947.

*Benjamin J. Jacobson* for appellant.

*Charles P. Sullivan, District Attorney* (*Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND and DYE, JJ.; CONWAY, THACHER and FULD, JJ., dissent upon the ground that the evidence did not warrant a finding of guilt of the defendant beyond a reasonable doubt.